UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID GARVEY | : | CIVIL ACTION NO.: 3:14CV1788 |
| | : | |
| VS. | : | |
| | : | |
| WILLIAM L. WARD, LESLIE RIVERA | : | |
| and F. RODRIGUEZ | : | NOVEMBER 28, 2014 |

## C O M P L A I N T

    1.  This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

    2.  Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

    3.  The plaintiff is an adult citizen of the United States who resides in Southington, Connecticut.  He owns residential rental properties in the City of Hartford, including property located at 128 Collins Street.

    4.  The defendants are, and at all relevant times were, officers in the Hartford Police Department acting in their official capacities.  They are sued, however, only in their individual capacities.

1

5. During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6. At all times mentioned in this Complaint, the defendants acted jointly and in concert with each other.  Each defendant had the duty and the opportunity to protect the plaintiff from the unlawful actions of the other defendants but each defendant failed and refused to perform such duty, thereby proximately causing the injuries herein complained of.

7. On the morning of December 13, 2011, the plaintiff became engaged in a verbal dispute with neighbors who had thrown trash onto his aforesaid Collins Street property.  In response, the plaintiff threw the trash back onto their property located at 132 Collins Street.  The defendant police officers were summoned by all parties.

8. The defendants, without conducting any sort of a proper investigation, ordered the plaintiff to remove the trash from the property at 132 Collins Street and to deposit it on his own property.  When the plaintiff refused to comply, the defendants arrested him and proceeded to subject him to a beating about his body while subjecting him to verbal abuse a portion of which was racial or ethnic in nature.

9. As a result of the aforesaid beating, the plaintiff suffered injuries to his

right shoulder, right arm, right hand, right knee, right ankle, neck, back, hip, head and both ears, which required medical care and treatment.

10. In the manner described above, the defendants subjected the plaintiff to unreasonable force in violation of the Fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE, the plaintiff claims judgment against the defendants and each of them, jointly and severally, for compensatory damages, punitive damages, attorney fees and costs.

*<u>The plaintiff claims trial by jury.</u>*

THE PLAINTIFF

BY: _____/s/_____John R. Williams_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax:  203.776.9494
jrw@johnrwilliams.com
His Attorney